UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DIAZ-MARTINEZ,<br><br>　　　　　　　　　　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Respondent. | Case No.: 3:16-cv-01672-BEN<br>　　　　　　3:15-cr-01020-BEN-1<br><br>**ORDER DENYING AS MOOT MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255** |

On June 10, 2015, Movant Oscar Diaz-Martinez was convicted and sentenced to 30 months in custody for violating 8 U.S.C. §1326. Movant pleaded guilty pursuant to a plea agreement wherein he waived his right to collaterally attack his conviction and sentence. At the sentencing hearing he again waived his right to collaterally attack his conviction and sentence. Notwithstanding his waiver, on June 27, 2016, Movant proceeding pro se filed a Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255. (Docket No. 26.)[1] In short, Movant's motion asks the Court to vacate his sentence and re-sentence him; he did not challenge his conviction. (*See generally* Mot.) (requesting re-sentencing pursuant to *Johnson v. United States*, 135 S.

---

[1] All docket citations refer to the criminal case docket, No. 15-cr-01020-BEN-1.

1

Ct. 2551 (2015) on the grounds that his conviction fell under the Residual Clause of the Armed Career Criminal Act). Respondent, the United States ("the government"), filed a response, opposing the motion.

The Court takes judicial notice that on May 26, 2017, while Movant's motion was pending, he was released from the Bureau of Prisons' ("BOP's") custody. *See* Federal Bureau of Prisons Website, *Inmate Locater Detail for Oscar Diaz-Martinez, Register No. 49557-298*, *available at* https://www.bop.gov/inmateloc/; *Qureshi v. Sanders*, 563 F. Supp. 2d 1154, 1156 n.2 (C.D. Cal. 2008) (taking judicial notice of BOP's "Inmate Locator" website, which showed petitioner's release from BOP's custody).

As a result, Movant's motion is moot. *See Aaron v. Pepperas*, 790 F.2d 1360, 1361-62 (9th Cir. 1986) (concluding petitioner's habeas petition moot where petitioner has satisfied his sentence and "merely contests the imposition and duration of his sentence"). Therefore, Movant's motion is denied.

**IT IS SO ORDERED.**

Dated: April 6, 2018

Hon. Roger T. Benitez
United States District Judge